UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ROLANDAS MILINAVICIUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-137 |
| | ) | |
| CATHELENE "TINA" ROBINSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff, a prisoner at Coffee Correctional Facility has filed claims against a variety of individuals stemming from what appears to be his conviction in Fulton County. Doc. 1. Because these claims are more appropriately heard in another district, this case is **TRANFSERRED** to the Northern District of Georgia.

Plaintiff's allegations cover a single event that occurred in the Northern District of Georgia. *See* 28 U.S.C. § 90 (defining three federal judicial districts of Georgia). Specifically, he alleges that he was not provided with copies of a grand jury transcript pursuant to a Freedom of Information Act request. Doc. 1 at 5. He also claims that this indictment was not properly returned in open Court, presumably rendering his conviction invalid. Doc. 1 at 5. None of the

defendants reside in the Southern District of Georgia, and none of the events giving rise to this claim appear to have occurred in this district.

Generally, a civil action may be brought in either the district in which any defendant resides or the district in which "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). As all of the events giving rise to these claims occurred in Fulton County, the proper venue for these claims is the Northern District of Georgia, not the Southern District of Georgia. 28 U.S.C. § 90(a)(2) (Fulton County is in the Northern District of Georgia). Where a civil claim is brought in an improper venue, the district court must either dismiss or transfer the case to a proper district. 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong . . . district shall dismiss, or if it be in the interest of justice, transfer such case to any district . . . in which it could have been brought."). Having reviewed the filings, the Court concludes that the interests of justice mitigate in favor of transfer. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to the Northern District of Georgia.

**SO ORDERED**, this 2nd day of December, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA